STATE, EX REL. ATTORNEY GENERAL v.
LYONS, JUDGE.

(Decided June 10, 1915.)

Original petition in Supreme Court.

WILLIAM L. MARTIN, Attorney General, for the State.
No counsel marked for respondent.

Per Curiam. The respondent having resigned, the
impeachment proceedings are dismissed.

---

TODD v. THE STATE.

(Decided May 20, 1915.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. SAMUEL E. GREENE.

RODERICK BEDDOW, for appellant. WILLIAM L. MAR-
TIN, Attorney General, for the State.

MAYFIELD, J.—No bill of exceptions, and no error of
record. Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ.,
concur.

---

THRASHER, ET AL. v. DICKIE, ET AL.

(Decided June 1, 1915.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for either party.

Per Curiam. Appeal dismissed for want of prose-
cution.